IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRANDON L. MCDONALD | § | |
| VS. | § | CIVIL ACTION NO.   1:06-CV-612 |
| PAT KNAUTH, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Brandon L. McDonald, an inmate confined at the Central Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Pat Knauth, Judge Layne Walker, J. Sliger, J. Billingsley, T. Cohea, F. Coffin, Greg Mouton, and Terrence Holmes.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted two Reports and Recommendations of United States Magistrate Judge. The magistrate judge recommends granting plaintiff's motion to dismiss T. Cohea from this action. The magistrate judge also recommends that the claims against Pat Knauth, Layne Walker, and Terrence Holmes be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e).

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the reports of the magistrate judge (document nos. 32 and 33) are **ADOPTED**.  Plaintiff's motion to dismiss T. Cohea is **GRANTED**.  A partial judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **6**  day of **December, 2007.**

_____
Ron Clark, United States District Judge